**MEMO ENDORSED**

Honorable Jeannette A. Vargas

United States District Judge

United States District Court, SDNY

500 Pearl Street

New York, NY 10007

Re: Harinder Jeet Singh v. Trustees of Columbia University in the City of New York, Civil Action No. 23-cv-9846 (JAV)

Plaintiff Singh's reply to Defendant's letter motion to redact/seal settlement discussions during Pretrial Conference dated May 21, 2025 from the transcript.

Plaintiff Singh with due respect submit the following:

Singh revealed the settlement discussions at the said conference as the Defendant intentionally does not want to settle the case. Singh was open to a very reasonable settlement but the Defendant was not serious about the settlement. Singh opposes the redaction of the settlement discussion part from the transcript but leave this to the court in whatever way it decides on the said issue.

Respectfully Submitted,

Harinder Jeet Singh,

P. O. Box- 721025, Jackson Heights,

New York 11372

Dated: 6/11/25

Email: SINGHHARINDER469@GMAIL.COM

---

Defendant's motion to redact settlement discussions from the transcript of the Pretrial Conference held on May 21, 2025, is GRANTED. The Court has determined that the proposed redactions are narrowly tailored to serve the purpose of preserving the confidentiality of settlement discussions before the SDNY Mediation Program and are otherwise consistent with the presumption in favor of public access to judicial documents. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).

The Clerk of Court is directed to terminate ECF No. 52.

SO ORDERED.

Date: 6/13/2025

HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE